■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TANIESHA SANDERS, Appellant. [18 NYS3d 884]—Appeal by the defendant, as limited by her motion, from a sentence of the Supreme Court, Kings County (Walsh, J.), imposed January 3, 2012, upon her plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of her right to appeal precludes review of her contention that the sentence imposed was excessive (*see People v Sanders*, 25 NY3d 337 [2015]; *People v Bradshaw*, 18 NY3d 257, 264-267 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People v Lopez*, 6 NY3d 248, 255 [2006]; *People v Hidalgo*, 91 NY2d 733, 735 [1998]; *People v Carter*, 114 AD3d 960 [2014]; *People v Azeez*, 95 AD3d 1349 [2012]). Eng, P.J., Mastro, Sgroi, Miller and Barros, JJ., concur.